IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THONG TANKHAI, | CASE NO. 1:05-cv-01497 FVS TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Thong Tankhai ("claimant" or "plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying her claim for disability benefits under the Social Security Act ("Act"). Claimant filed a complaint on November 11, 2005. (Doc. 2). A Scheduling Order issued on December 8, 2005. (Doc. 8). The Administrative Record was lodged with the Court on May 9, 2006. (Doc. 10).

Pursuant to the Scheduling Order, claimant was required to serve a letter brief upon the Commissioner within 35 days after the lodging of the Administrative Record, the Commissioner was required to serve her response to claimant's letter brief within 30 days thereafter, and the claimant was required to file her opening brief with the Court within 30 days after the Commissioner's response to claimant's letter brief. (Doc. 5). Claimant's opening brief should therefore have been filed no later than August 14, 2006. In violation of this Court's Scheduling Order, however, no opening brief has been filed.

///

1  Therefore, claimant shall be ordered to show cause why this action should not be dismissed
2  for failure to prosecute.
3  Accordingly, the Court HEREBY ORDERS that **on or before September 11, 2006**, claimant
4  shall show cause, in writing, why this action should not be dismissed for failure to prosecute.
5  Claimant's failure to show cause will result in a recommendation that this action be dismissed in its
6  entirety.

8  IT IS SO ORDERED.
9  Dated:   **August 23, 2006**                              **/s/ Theresa A. Goldner**
   **j6eb3d**                                                 UNITED STATES MAGISTRATE JUDGE

2