UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
THONG TANKHAI,
                                        No. 1:05-CV-01497-FVS-TAG
          Plaintiff,
                                        ORDER OF DISMISSAL
     v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
```

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that pursuant to the parties Stipulation, Ct. Rec. 17, this action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **CLOSE THE FILE**.

**DATED** this 23rd day of August, 2006.

*s/ Fred Van Sickle*
Fred Van Sickle
United States District Judge

ORDER OF DISMISSAL - 1